Form CMntcdnodsc

# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

In Re: Brian D. Jensen
      Debtor

Case No.: 09−13564−MWV

Chapter: 7

## NOTICE OF DENIAL OR REVOCATION OF DISCHARGE

The discharge of Brian D. Jensen was denied or revoked by the court on September, 14, 2010 for the reasons set forth in Adversary No. 10−1018−MWV.

Dated: 9/14/10

                                      For the Court
                                      George A. Vannah, Clerk
                                      BY: /s/ James Palmer
                                      Deputy Clerk