Form GTotocloscstmp

# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

In Re: Brian D. Jensen
      Debtor

Case No.: 09−13564−MWV

Chapter: 7

## ORDER CLOSING CASE

It appears from the records of the court that the estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

The Trustee is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The chapter 7 case of the above−named debtor(s) is closed.

Dated: 9/29/10

                                          /s/ Mark W. Vaughn
                                          Bankruptcy Judge